UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS ROMERO BURNETT,

             Plaintiff,

      v.

C.D.C.R. TRUST OFFICE,

             Defendant.

Case No. 17-cv-03476-WHO (PR)

**ORDER OF TRANSFER**

      Plaintiff Carlos Romero Burnett's allegations in this federal civil rights action are based on events that occurred in Kern County, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the named defendants reside, in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

      **IT IS SO ORDERED.**

**Dated:** July 6, 2017

WILLIAM H. ORRICK
United States District Judge