| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO BURNETT,<br><br>Plaintiff,<br><br>v.<br><br>C.D.C.R. TRUST OFFICE,<br><br>Defendant. | 1:17-cv-00899 SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **FOR A PRISONER**, OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Carlos Romero Burnett is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send to Plaintiff an application to proceed in forma pauperis for a prisoner;

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

///

///

///

1

3. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**July 11, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE